USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-28-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,                    20 Cr. 427 (ALC)

**ORDER**

-against-

KASIM CRAWFORD,

    Defendants.,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

  The September 29, 2020 status conference is adjourned to **January 29, 2021** at **2:00 p.m.**

  Accordingly, it is ORDERED: the time from September 29, 2020 through January 29, 2021 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
   September 28, 2020

                   _____
                   ANDREW L. CARTER, JR.
                   UNITED STATES DISTRICT JUDGE