**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Southern District
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 2, 2021

**BY ECF**

The Honorable Judge Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/2/21

Re: <u>United States v. Kasim Crawford</u>
    **20 Cr. 427 (ALC)**

Dear Judge Carter:

The defense writes on behalf of the parties to respectfully request a 60-day adjournment of the status conference scheduled for March 4, 2021 in the above-captioned proceeding. The parties are engaged in active discussions about a potential pretrial resolution of this matter.

The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. <u>See</u> 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender

cc: Brandon Harper, Assistant U.S. Attorney

The application is **GRANTED**. The status conference is adjourned to 5/4/21 at 11:30 a.m. Time excluded. So Ordered.

*[Signed] Andrew L. Carter 3/2/21*