MEMO ENDORSED

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 15, 2021

**BY ECF**
The Honorable Judge Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **4-22-21**

RE:   **United States v. Kasim Crawford**
      **20 Cr. 427 (ALC)**

Dear Judge Stein,

    I write to request a temporary modification to Kasim Crawford's bail conditions in the above-captioned case to allow Mr. Crawford to travel to Las Vegas, NV for vacation from May 28, 2021 through June 1, 2021. Pretrial Services takes no position concerning this request; the Government does not object to this request.

    On July 28, 2020, Mr. Crawford was presented in Magistrate Court. The following bail conditions were set and subsequently met:

> $50,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pre-trial supervision; surrender of travel documents with no new applications and travel restricted to the Southern and Eastern Districts of New York; submit to urinalysis, if positive, add condition of drug testing/treatment; no engaging in activity described in complaint; may not possess property of the United States Postal Service, including keys or uniforms; may not hold himself out as employee of the United States Postal Service; may not possess personally identifying information of other persons; and may not possess checks made out to persons other than himself.

Since the start of this case, Mr. Crawford has remained in consistent compliance with the conditions of his release.

    Mr. Crawford now respectfully requests a temporary bail modification to enable him to travel to Las Vegas, NV for vacation from June 28, 2021 through July 1, 2021. Pretrial Services takes no position with respect to this request; the Government does not object to this request.

Respectfully submitted,

/s/

Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

**SO ORDERED:**

*[signature]*

**HONORABLE ANDREW L. CARTER**
United States District Judge   4.22.21

cc:   Brandon Harper, Assistant U.S. Attorney
      Courtney DeFeo, Pretrial Services Officer