**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 29, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/29/21

**BY ECF**

The Honorable Judge Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Kasim Crawford
      20 Cr. 427 (ALC)

Dear Judge Carter:

I write as counsel for Mr. Crawford in the above-captioned matter to respectfully request a 30-day adjournment of the status conference scheduled for May 4, 2021. The Government consents to this request. The parties are continuing to engage in active plea negotiations; the Government expects to have a response to Mr. Crawford's plea proposal within 30 days.

The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. See 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender

cc:   Brandon Harper, Assistant U.S. Attorney

The application is **GRANTED.** The status conference is adjourned to 6/4/21 at 2:00 p.m. Time excluded. So Ordered.

*/s/ Andrew L. Carter* 4/29/21