**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 2, 2021

<u>BY ECF</u>

The Honorable Judge Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/21

Re: <u>United States v. Kasim Crawford</u>
    **20 Cr. 427 (ALC)**

Dear Judge Carter:

I write as counsel for Mr. Crawford in the above-captioned matter to respectfully request an adjournment of the status conference scheduled for June 4, 2021. The Government consents to this request. The parties are continuing to engage in active plea negotiations and the parties expect to reach a resolution on this matter within a few weeks. The parties are available for a status conference on July 15, 2021 at 3:30pm.

The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. <u>See</u> 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender

cc: Brandon Harper, Assistant U.S. Attorney

The application is **GRANTED**. Status conference adjourned to 7/15/21 at 3:30 p.m. Time excluded.
So Ordered.

*/s/ Andrew L. Carter* 6/3/21