```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-5-21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,                    20 Cr.427 (ALC)

**ORDER**

        -against-

Kasim Crawford,

        Defendants.,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

    The August 31, 2021 status conference is converted to a change of plea hearing and adjourned to **September 7, 2021** at **3:30 p.m.**

    Accordingly, it is ORDERED: the time from August 31, 2021 through September 7, 2021 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       August 5, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE