UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

KASIM CRAWFORD,

                Defendant.

------------------------------------------------------------------- x

20-CR-427 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Change of Plea Hearing is set for **September 7, 2021** at **3:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **September 2, 2021**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**