**EdwNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

**United States of America,**

             -against-

**Kasim Crawford,**
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/15/21__

**ORDER**
**20-CR-427 (ALC)**

    The Sentencing scheduled for December 16, 2021 is adjourned to **December 21, 2021** at **3:30 p.m**

    SO ORDERED.

Dated: New York, New York
       December 15, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**