MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 21, 2022

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-27-22

Re: **United States v. Kasim Crawford**
    20 Cr. 427 (ALC)

Dear Judge Carter:

I write as counsel for Kasim Crawford in the above-captioned matter to respectfully request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Crawford's United States Passport directly to him.

Mr. Crawford provided his passport to the Pretrial Services Office when he first began pretrial supervision in July 2020. On December 21, 2021, the Court sentenced Mr. Crawford to one year of probation. Mr. Crawford has successfully completed his term of supervision and requests the release of his passport. We understand Pretrial Services can only release the passport pursuant to a court order.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

SO ORDERED:

*[signature]*
THE HONORABLE ANDREW L. CARTER, JR.  12-27-22
United States District Judge

cc: Courtney DeFeo, Pretrial Services Officer